JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL RADILLO JIMENEZ, | ) CASE NO. CV 08-07255 |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| ERIC H. HOLDER, Jr. Attorney General of the United States, et al., | ) JS - 6 |
| Defendants. | ) |

This action came before the Court with the Honorable Manuel Real, Judge presiding. After consideration of the papers submitted by the parties,

IT IS HEREBY ORDERED ADJUDGED, AND DECREED that pursuant to the Court's order of March 2, 2009, granting Defendants' motion for summary judgment, that judgment be entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

DATED: March 2, 2009

HON. MANUEL REAL
UNITED STATES DISTRICT JUDGE